UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Frank Staples</u>

       v.                       Civil No. 14-cv473-JL

<u>NH State Prison, Warden et al</u>

<u>O R D E R</u>

No objection having been filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated April 13, 2015.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

   SO ORDERED.

                                     /s/ Joseph N. Laplante
                                     Joseph N. Laplante
                                     Chief Judge

Date: May 21, 2015

  cc:   Frank Staples, pro se
       Francis Charles Fredericks, Esq.
       Lynmarie C. Cusack, Esq.