UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Frank Staples</u>

       v.                              Civil No. 14-cv-473-LM

<u>NH State Prison, Warden et al</u>


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 4, 2015.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

   SO ORDERED.

                                          _____
                                          Landya B. McCafferty
                                          United States District Judge

Date: August 27, 2015

cc: Frank Staples, pro se
 Francis Charles Fredericks, Esq.
 Lynmarie C. Cusack, Esq.